No. 91–8564. CHANDLER *v.* JONES, SUPERINTENDENT, MOB-
ERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 91–8565. WORSTELL ET AL. *v.* UNITED STATES. C. A. 9th
Cir. Certiorari denied.

No. 91–8567. WRIGHT *v.* SINGLETARY, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, ET AL. Dist. Ct. App. Fla., 4th
Dist. Certiorari denied.

No. 91–8568. MONTALVO *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 91–8569. RICE *v.* NORTON ET AL. C. A. 4th Cir. Certio-
rari denied.

No. 91–8570. PREUSS *v.* DISTRICT OF COLUMBIA ET AL. Ct.
App. D. C. Certiorari denied.

No. 91–8571. MCGRUDER *v.* PUCKETT, SUPERINTENDENT, MIS-
SISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari
denied.

No. 91–8572. CALDWELL *v.* TOM MISTICK & SONS ET AL.
C. A. 3d Cir. Certiorari denied.

No. 91–8575. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 91–8576. FERNANDEZ *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 91–8577. HOLTZ *v.* UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 91–8578. LASTER *v.* UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 91–8583. SLEDD *v.* KANSAS. Sup. Ct. Kan. Certiorari
denied.

No. 91–8585. JOHNS *v.* BOSTWICK, AKA MAYERSON. Int. Ct.
App. Haw. Certiorari denied.

No. 91–8586. PAGINTON *v.* MAASS, SUPERINTENDENT, OREGON
STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.